In re:

**Frank Toledo and Victoria Ellen Toledo**
a/k/a Victoria E Toledo, Victoria Toledo
S.S. Nos.: xxx-xx-5532 and xxx-xx-2707
Mailing Address: 312 Patterson Street, Raeford, NC 28376-

Case No. 11-80237

Debtors.

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on February 10, 2011.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: February 24, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
---
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

**Date:** 2/10/11
**Lastname-SS#:** Toledo-5532

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | Bank of America Home Loans | 1 | House & Lot |
| | Hoke County Taxes | 3 | House & Lot |
| | Richmond Co. Taxes | 4 | House & Lot |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| None | |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | Bank of America Home Loans | 1 | | ** |
| | Hoke County Taxes | 3 | | ** |
| | Richmond Co. Taxes | 4 | | ** |
| | | | | ** |
| | | | | ** |
| | GMAC Mortgage | 2 | $3,579 | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| None | |
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG-TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | GMAC Mortgage | 2 | $634 | N/A | n/a | $634.00 | House & Lot |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | None | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | None | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

### SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | $10,700 |
| State Taxes | $800 |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

### GENERAL NON-PRIORITY UNSECURED

| | Amount** |
|---|---|
| DMI= $210 | $7,560 |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$1,121** per month for **60** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **5.15** months.

Sch D # = The number of the secured debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* = Co-sign protect on all debts so designated on the filed schedules
** = Greater of DMI x ACP or EAE     (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions

Plan to allow for 3 "waivers". Interest on EAE at fed. judgment rate
Please pay out Equity above exemptions in the amount of $16,222 forward unsecured priority claims, to include attorney fees and any allowed unsecured claims filed.

## CERTIFICATE OF SERVICE

I, Kaelyn McCollum, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**


                                              /s Kaelyn McCollum
                                              Kaelyn McCollum

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Citi Cards
Post Office Box 660370
Dallas, TX 75266-0370

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

Accounts Receivable Management, Inc
Post Office Box 129
Thorofare, NJ 08086-0129

Discover Card
Post Office Box 30943
Salt Lake City, UT 84130

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

Asset Acceptance, LLC
2840 South Faulkenburg Road
Riverview, FL 33569

GMAC Mortgage
Attn: General/Managing Agent
3451 Hammond Avenue
Waterloo, IA 50702-5345

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Bank of America Home Loans
Attn:General Managing Agent
7105 Corporate Drive
(PTX-B-36)
Plano, TX 75024

Hoke County Tax Collector
Post Office Box 217
Raeford, NC 28376-0217

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Barclays Bank
c/o Card Services
Post Office Box 8803
Wilmington, DE 19899

HSBC/ROOMSTORE
P.O. Box 5253
Carol Stream, IL 60197-5253

Experian
P.O. Box 2002
Allen, TX 75013-2002

Beneficial
Post Office Box 3425
Buffalo, NY 14240-9733

Internal Revenue Service
Post Office Box 21126
Philadelphia, PA 19114-0326

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Cash Call
Post Office Box 66007
Anaheim, CA 92816

Military Star
Disputes Unit
Post Office Box 650410
Dallas, TX 75265-0410

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Chase
Cardmember Service
Post Office Box 15298
Wilmington, DE 19850-5298

North Carolina Department of Rev
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

Internal Revenue Service (ED)**
Post Office Box 7346
Philadelphia, PA 19101-7346

Citi Card
Post Office Box 6500
Sioux Falls, SD 57117-6500

North Carolina Dept of Revenue
Post Office Box 1168
Raleigh, NC 27602-1168

Orchard Bank
c/o HSBC Card Services
Post Office Box 80084
Salinas, CA 93912-0084

Wells Fargo Financial
Post Office Box 5943
Sioux Falls, SD 57117-5943

PDM Ankle Foot Surgical POD
c/o Online Collections GRVL
202 Firetower Road
Winterville, NC 28590-8412

Resurgent
625 Pilot Road
Ste 2
Las Vegas, NV 89119

Richmond County Tax Commissioner
530 Greene Street
Room 117 Municipal Building
Augusta, GA 30901

Sears/CBSD
133200 Smith Road
Cleveland, OH 44130

The Law Offices of John T. Orcutt, P.C.
6616-203 Six Forks Road
Raleigh, NC 27615

US Attorney's Office (MD)**
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

Walmart
c/o GE Money Bank
Post Office Box 103104
Roswell, GA 30076

Wells Fargo Card Services
Post Office Box 30086
Los Angeles, CA 90030